**No. 43346.**—Petition 5827–R of Chow & Co. (Seattle).

Opinion by CLINE, J. It was apparent that the collector assessed additional duty because the appraiser allotted to the value of the jars a part of the value which was included in the entered value of the ginger. The petition was therefore granted.